## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | | |
|---|---|---|
| In re: | : | Case No. 25-20042-GLT |
| | : | |
| DIANE R. MITCHELL | : | Chapter 13 |
| | : | |
| Debtor. | : | |
| | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the counsel set forth in this Notice hereby appears as counsel of record for PNC BANK, NATIONAL ASSOCIATION ("Creditor") in the above-referenced matter.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 2002 and 9007, and 11 U.S.C. § 342, the undersigned requests that all notices and papers specified by those Rules, and all other notices given or required to be given to the Creditor in this case can be served upon:

Maribeth Thomas, Esquire
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
412-566-1212 (Telephone)
412-594-5619  (Facsimile)
mthomas@tuckerlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petition, disclosure statements, plans of reorganization, answer or reply papers, memoranda or briefs in support of any of the foregoing, and any other document brought before the Court with respect to these proceedings, whether formal or informal, whether written or oral,

and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or

otherwise.

Respectfully submitted,

Dated:  January 22, 2025                     TUCKER ARENSBERG, P.C.

_/s/ Maribeth Thomas_
Maribeth Thomas, Esquire
PA ID No. 208376
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone:  (412) 566-1212
Fax:  (412) 594-5619
Email:  mthomas@tuckerlaw.com

*Counsel for PNC Bank, National Association*