UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/21/25 3:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE: Diane Mitchell ) Case No. 25-20042-GLT
    Debtor(s) ) Chapter 13
) Filed Under Local Rule
Diane Mitchell ) 9013.4 6 (c)
    Debtor/movant ) RAB-1
Ronda Winnecour, )
    Trustee/Respondent ) Related to Docket No. 11

## ORDER OF COURT

AND NOW, this _21st Day of January, 2025    it is hereby Ordered, Adjudged and Decreed that the time for the filing of the completion of the Bankruptcy documents for the above captioned case is extended to _February 4, 2025.

By the Court

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Russ@BurdelskiLaw.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20042-GLT |
| Diane R. Mitchell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Jan 21, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2025:**

**Recip ID        Recipient Name and Address**
db           +  Diane R. Mitchell, 134 Schnauzer Lane, Beaver Falls, PA 15010-8508

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2025                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2025 at the address(es) listed below:**

**Name**                         **Email Address**

Brent J. Lemon
                                 on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION blemon@kmllawgroup.com, lemondropper75@hotmail.com

Keri P. Ebeck
                                 on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                                 btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
                                 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                 cmecf@chapter13trusteewdpa.com

Russell A. Burdelski
                                 on behalf of Debtor Diane R. Mitchell Russ@BurdelskiLaw.com  russ.burdelski@gmail.com

TOTAL: 5