IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **DIANE R. MITCHELL** | : : : : : | Bankruptcy No. **25-20042-GLT** Chapter **13** |
| Debtor | : : | Related to Document No. |
| **DIANE R. MITCHELL** Movant | : : : : : | |
| v. | : : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __Russell A. Burdelski, Esquire__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

BEAVER CTY RE TAX
810 3RD STREET
Beaver, PA 15009

BEAVER CTY RE TAX CLAIM BUREAU
810 THIRD STREET
Beaver, PA 15009

BEAVER FALLS MUNICIPAL AUTHORITY
1425 8TH AVENUE
Beaver Falls, PA 15010

CITI
PO BOX 183051
Columbus, OH 43218

CONTINENTAL FINANCE
C/O ACCOUNTS RECIEVABLE TECH
ONE WOODBRIDGE CENTER
STE 410
Woodbridge, NJ 07095-1304

CREDIT COLLECTION SVCS
TWO WELLS AVE, STE #1
Newton Center, MA 02459

**PAWB Local Form 30 (07/13)**

CREDIT ONE BANK

PO BOX 60500

City Of Industry, CA 91716-0500

DISCOVER CARD

PO BOX 15251

Wilmington, DE 19886

EXXON MOBILE

PO BOX 78072

Phoenix, AZ 85062

FIRST NATIONAL BANK OF OMAHA

1620 DODGE ST

Omaha, NE 68103

IRS

SPECIAL PROCEDURES BRANCH

1000 Liberty Ave

Room 727

Pittsburgh, PA 15222

JESSICA LONDON

2300 SE AVE

Indianapolis, IN 46201

JP MORGAN CHASE BANK

1270 NORTHLAND DRIVE, STE 200

Saint Paul, MN 55120

JPMC

P.O. Box 901076

Fort Worth, TX 76101

KICHOFF LENDING

PO BOX 40070

Empire, NV 89405

MIDLAND CREDIT MANAGEMENT INC.

8875 AERO DRIVE

SUITE 200

San Diego, CA 92123

MISSION LANE

PO Box 23075

Columbus, GA 31902-3075

PA DEPARTMENT OF REVENUE

Bankruptcy Division, PO Box 280946

Harrisburg, PA 17128-0946

**PAWB Local Form 30 (07/13)**

PNC

C/O JOSEPH GOLDBECK, ESQ

STE 5000, MELLON INDEP. CTR

701 MARKET ST

Philadelphia, PA 19106


PNC

3232 NEWARK DR

Miamisburg, OH 45342


PNC

PO BOX 1820

Dayton, OH 45401


PNC

PO BOX 747024

Pittsburgh, PA 15274


PNC BANK

3232 NEWARK DR

Miamisburg, OH 45342


RIVERSIDE SCHOOL DISTRICT

318 COUNTRY CLUB DRIVE

Ellwood City, PA 16117


UPSTART/FINWISE

P.O. Box 1503

San Carlos, CA 94070


US BANK

PO BOX 20005

Owensboro, KY 42304


By: **/s/ Russell A. Burdelski, Esquire**
   Signature
   **Russell A. Burdelski, Esquire**
   Typed Name
   **1020 PERRY HIGHWAY**
   **Pittsburgh, PA 15237**
   Address
   **412-366-1511 Fax:(412) 366-1711**
   Phone No.
   **72688 PA**
   List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**