*Diane Mitchell 25-20042-GLT*

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name  _Diane Mitchell_

Case No. _25-20042_

Month _July_                     Year _2024_

Gross receipts for month:         _117 School 2a Lan  loan_
(If more than one source, list each)

TOTAL GROSS RECEIPTS:    $ _1000_

Business expenses paid:

| Description | Amount |
|---|---|
| Electric | 288.29 |
| water | 35 |

TOTAL EXPENSES:    $ _323.29_

NET PROFIT OR (LOSS) FOR MONTH:    $ _676.71_

Reports for each month are due by the 15th day of the following month and should be mailed to:
     Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

## USE ADDITIONAL SHEETS IF NEEDED

13

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name _Diane M Mitchell_

Case No. _25-20042_

Month _August_                                  Year _2024_

Gross receipts for month:                        _117 Schnacel ar Rn  1000_
(If more than one source, list each)

TOTAL GROSS RECEIPTS: $ _1000_

Business expenses paid:

| Description | Amount |
| --- | --- |
| Electric | 239.24 |
| water | 35 |

TOTAL EXPENSES: $ _309.24_

NET PROFIT OR (LOSS) FOR MONTH: $ _690.76_

Reports for each month are due by the 15th day of the following month and should be mailed to:
   Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name _Dragne mAshell_

Case No. _25-20042_

Month _September_          Year _2024_

Gross receipts for month:          _DT Schnauzern 1000_
(If more than one source, list each)

TOTAL GROSS RECEIPTS:  $ _1,000_

Business expenses paid:

| Description | Amount |
|---|---|
| Electric | 229.02 |
| Water | 35 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

TOTAL EXPENSES:  $ _264.02_

NET PROFIT OR (LOSS) FOR MONTH:  $ _735.98_

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

13

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name _Drane mitchell_

Case No. _25-20042_

Month _October_                    Year _2024_

<u>Gross receipts for month:</u>            117 Sanyruber Ln  1,000

(If more than one source, list each)

TOTAL GROSS RECEIPTS:     $ _1,000_

<u>Business expenses paid:</u>

Description                          Amount

_Electric_                          _497.02_

_Water_                             _35_

TOTAL EXPENSES:     $ _532.62_

NET PROFIT OR (LOSS) FOR MONTH:     $ _467.98_

Reports for each month are due by the 15th day of the following month and should be mailed to:
       Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

## USE ADDITIONAL SHEETS IF NEEDED

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name _Drane MAchell_

Case No. _25-20042_

Month _November_      Year _2024_

Gross receipts for month:     _117 Schnauzer Ln._    _1,000_

(If more than one source, list each)

TOTAL GROSS RECEIPTS:   $ _1,000_

Business expenses paid:

| Description | Amount |
|---|---|
| Electric | 835.32 |
| Water | 35 |

TOTAL EXPENSES:     $ _870.32_

NET PROFIT OR (LOSS) FOR MONTH:     $ _129.68_

Reports for each month are due by the 15th day of the following month and should be mailed to:

    Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

### USE ADDITIONAL SHEETS IF NEEDED

13

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name _Diane Mitchell_

Case No. _25-20042_

Month _December_                    Year _2024_

Gross receipts for month:                    _117 Sonhayze Ln_    _1,000_
(If more than one source, list each)

TOTAL GROSS RECEIPTS:    $ _1,000_

Business expenses paid:

Description                                    Amount

_Eledtote Electric_                            _559_

_1 Venter_                                     _35_

TOTAL EXPENSES:    $ _594.00_

NET PROFIT OR (LOSS) FOR MONTH:    $ _406_

Reports for each month are due by the 15th day of the following month and should be mailed to:
    Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

### USE ADDITIONAL SHEETS IF NEEDED

13

RENAISSANCE DAY SPA INC
101 Smith Drive
CRANBERRY TOWNSHIP PA 16066

EE ID: 26        DD

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA 15010

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Diane R Mitchell
134 Schnauzer Lane
Beaver Falls, PA  15010
**Employee ID:** 26

**Pay Period:** 07/07/24 to 07/13/24
**Check Date:** 07/20/24    **Check #:** 6463

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 25.00 | 725.00 |
| Chkg 090 | 285.28 | 2903.33 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **310.28** | **8165.90** |

**EARNINGS**

| | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | M21.3000 | | 362.10 | M542.2400 | 9208.06 |
| | | Total Hours | 21.3000 | | | 542.2400 | |
| | | Total Hrs Worked | 21.3000 | | | | |
| | | Gross Earnings | | | 362.10 | | 9208.06 |
| | | Net pay reimburse | | | | | 222.32 |
| | | REIMB & OTHER PAYMENTS | | | | | 222.32 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 22.45 | 570.90 |
| Medicare | | 5.25 | 133.52 |
| Fed Income Tax | SMS | 8.13 | 149.85 |
| PA Income Tax | | 11.12 | 282.68 |
| PA Unemploy | | 0.25 | 6.45 |
| PA CRNBY-But In | | 3.62 | 92.08 |
| PA LCRAB-But LS | | 1.00 | 29.00 |
| **TOTAL** | | **51.82** | **1264.48** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 310.28 | 8165.90 |

RENAISSANCE DAY SPA INC
101 Smith Drive
CRANBERRY TOWNSHIP PA  16066

EE ID: 26      DD

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA  15010

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

**PERSONAL AND CHECK INFORMATION**
Diane R Mitchell
134 Schnauzer Lane
Beaver Falls, PA  15010
**Employee ID:** 26

**Pay Period:** 06/30/24 **to** 07/06/24
**Check Date:** 07/13/24    **Check #:** 6452

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 25.00 | 700.00 |
| Chkg 090 | 268.87 | 2618.05 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **293.87** | **7855.62** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | M20.6700 | | 341.13 | M520.9400 | 8845.96 |
| | | **Total Hours** | 20.6700 | | | 520.9400 | |
| | | **Total Hrs Worked** | 20.6700 | | | | |
| | | **Gross Earnings** | | | 341.13 | | 8845.96 |
| | | Net pay reimburse | | | | | 222.32 |
| | | **REIMB & OTHER PAYMENTS** | | | | | 222.32 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 21.15 | 548.45 |
| | Medicare | | 4.95 | 128.27 |
| | Fed Income Tax | SMS | 6.04 | 141.72 |
| | PA Income Tax | | 10.47 | 271.56 |
| | PA Unemploy | | 0.24 | 6.20 |
| | PA CRNBY-But In | | 3.41 | 88.46 |
| | PA LCRAB-But LS | | 1.00 | 28.00 |
| | **TOTAL** | | 47.26 | 1212.66 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 293.87 | 7855.62 |

RENAISSANCE DAY SPA INC
101 Smith Drive
CRANBERRY TOWNSHIP PA 16066

EE ID: 26        DD

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA 15010

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION
Diane R Mitchell
134 Schnauzer Lane
Beaver Falls, PA 15010
**Employee ID:** 26

**Pay Period:** 07/14/24 to 07/20/24
**Check Date:** 07/27/24   **Check #:** 6474

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 25.00 | 750.00 |
| Chkg 090 | 316.97 | 3220.30 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **341.97** | **8507.87** |

### EARNINGS

| | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | M23.6800 | | 402.62 | M565.9200 | 9610.68 |
| | | Total Hours | 23.6800 | | | 565.9200 | |
| | | Total Hrs Worked | 23.6800 | | | | |
| | | Gross Earnings | | | 402.62 | | 9610.68 |
| | | Net pay reimburse | | | | | 222.32 |
| | | REIMB & OTHER PAYMENTS | | | | | 222.32 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 24.96 | 595.86 |
| Medicare | | 5.83 | 139.35 |
| Fed Income Tax | SMS | 12.19 | 162.04 |
| PA Income Tax | | 12.36 | 295.04 |
| PA Unemploy | | 0.28 | 6.73 |
| PA CRNBY-But In | | 4.03 | 96.11 |
| PA LCRAB-But LS | | 1.00 | 30.00 |
| **TOTAL** | | 60.65 | 1325.13 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 341.97 | 8507.87 |

RENAISSANCE DAY SPA INC
101 Smith Drive
CRANBERRY TOWNSHIP PA 16066

Doc 19140Filed
EE ID: 26

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA 15010

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Diane R Mitchell
134 Schnauzer Lane
BeaverFalls, PA 15010
**Employee ID:** 26

**Pay Period:** 08/25/24 **to** 08/31/24
**Check Date:** 09/07/24    **Check #:** 6543

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 25.00 | 900.00 |
| Chkg 090 | 29.73 | 4318.69 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **54.73** | **9756.26** |

**EARNINGS**

| DESCRIPTION | BASIS OF PAY | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| Regular | | | | | 13.9700 | 237.49 |
| Regular | M3.7200 | | | 63.18 | M635.8600 | 10799.54 |
| **Total Hours** | | 3.7200 | | | 649.8300 | |
| **Total Hrs Worked** | | 3.7200 | | | | |
| **Gross Earnings** | | | | 63.18 | | 11037.03 |
| Net pay reimburse | | | | | | 222.32 |
| **REIMB & OTHER PAYMENTS** | | | | | | 222.32 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 3.92 | 684.30 |
| Medicare | | 0.92 | 160.04 |
| Fed Income Tax | SMS | | 165.81 |
| PA Income Tax | | 1.94 | 338.83 |
| PA Unemploy | | 0.04 | 7.73 |
| PA CRNBY-But In | | 0.63 | 110.38 |
| PA LCRAB-But LS | | 1.00 | 36.00 |
| **TOTAL** | | 8.45 | 1503.09 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 54.73 | 9756.26 |

*Payrolls by Paychex. Inc.*
**0046 1401-4213** Renaissance Day Spa Inc • 101 Smith Drive • CRANBERRY TOWNSHIP PA 16066 • (724) 772-6245

RENAISSANCE DAY SPA INC
101 Smith Drive
CRANBERRY TOWNSHIP PA 16066

EE ID: 26

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA 15010

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Diane R Mitchell
134 Schnauzer Lane
BeaverFalls, PA 15010
**Employee ID:** 26

**Pay Period:** 09/01/24 to 09/07/24
**Check Date:** 09/14/24   **Check #:** 6553

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 25.00 | 925.00 |
| Chkg 090 | 132.46 | 4451.15 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **157.46** | **9913.72** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 13.9700 | 237.49 |
| | Regular | M10.5700 | | 179.63 | M646.4300 | 10979.17 |
| | **Total Hours** | 10.5700 | | | 660.4000 | |
| | **Total Hrs Worked** | 10.5700 | | | | |
| | **Gross Earnings** | | | 179.63 | | 11216.66 |

| | | | | | |
|---|---|---|---|---|---|
| Net pay reimburse | | | | | 222.32 |
| **REIMB & OTHER PAYMENTS** | | | | | 222.32 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 11.13 | 695.43 |
| Medicare | | 2.60 | 162.64 |
| Fed Income Tax | SMS | | 165.81 |
| PA Income Tax | | 5.51 | 344.34 |
| PA Unemploy | | 0.13 | 7.86 |
| PA CRNBY-But In | | 1.80 | 112.18 |
| PA LCRAB-But LS | | 1.00 | 37.00 |
| **TOTAL** | | 22.17 | 1525.26 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **157.46** | **9913.72** |

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA 15010

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Diane R Mitchell
134 Schnauzer Lane
Beaver Falls, PA 15010
**Employee ID:** 26

**Pay Period:** 09/08/24 **to** 09/14/24
**Check Date:** 09/21/24   **Check #:** 6563

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 25.00 | 950.00 |
| Chkg 090 | 63.22 | 4514.37 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **88.22** | **10001.94** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 13.9700 | 237.49 |
| | Regular | M5.9500 | | 101.15 | M652.3800 | 11080.32 |
| | **Total Hours** | 5.9500 | | | 666.3500 | |
| | **Total Hrs Worked** | 5.9500 | | | | |
| | **Gross Earnings** | | | 101.15 | | 11317.81 |
| | Net pay reimburse | | | | | 222.32 |
| | **REIMB & OTHER PAYMENTS** | | | | | 222.32 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 6.27 | 701.70 |
| Medicare | | 1.47 | 164.11 |
| Fed Income Tax | SMS | | 165.81 |
| PA Income Tax | | 3.11 | 347.45 |
| PA Unemploy | | 0.07 | 7.93 |
| PA CRNBY-But In | | 1.01 | 113.19 |
| PA LCRAB-But LS | | 1.00 | 38.00 |
| **TOTAL** | | 12.93 | 1538.19 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **88.22** | **10001.94** |

RENAISSANCE DAY SPA INC
101 Smith Drive
CRANBERRY TOWNSHIP PA 16066

EE ID: 26

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA 15010

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

## PERSONAL AND CHECK INFORMATION
Diane R Mitchell
134 Schnauzer Lane
BeaverFalls, PA  15010
**Employee ID:** 26

**Pay Period:** 09/15/24 **to** 09/21/24
**Check Date:** 09/28/24    **Check #:** 6573

## NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 25.00 | 975.00 |
| Chkg 090 | 130.46 | 4644.83 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **155.46** | **10157.40** |

## EARNINGS

| | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | | | | 13.9700 | 237.49 |
| | | Regular | M10.4300 | | 177.37 | M662.8100 | 11257.69 |
| | | **Total Hours** | 10.4300 | | | 676.7800 | |
| | | **Total Hrs Worked** | 10.4300 | | | | |
| | | **Gross Earnings** | | | 177.37 | | 11495.18 |
| | | Net pay reimburse | | | | | 222.32 |
| | | **REIMB & OTHER PAYMENTS** | | | | | 222.32 |

## WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 11.00 | 712.70 |
| Medicare | | 2.57 | 166.68 |
| Fed Income Tax | SMS | | 165.81 |
| PA Income Tax | | 5.45 | 352.90 |
| PA Unemploy | | 0.12 | 8.05 |
| PA CRNBY-But In | | 1.77 | 114.96 |
| PA LCRAB-But LS | | 1.00 | 39.00 |
| **TOTAL** | | 21.91 | 1560.10 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **155.46** | **10157.40** |

RENAISSANCE DAY SPA INC.
101 Smith Drive
CRANBERRY TOWNSHIP PA 16066

EE In: 26

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA 15010

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Diane R Mitchell
134 Schnauzer Lane
Beaver Falls, PA 15010
**Employee ID:** 26

**Pay Period:** 09/22/24 **to** 09/28/24
**Check Date:** 10/05/24   **Check #:** 6582

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 25.00 | 1000.00 |
| Chkg 090 | 328.70 | 4973.53 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **353.70** | **10511.10** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 13.9700 | 237.49 |
| M24.5700 | Regular | | | 417.63 | M687.3800 | 11675.32 |
| | **Total Hours** | 24.5700 | | | 701.3500 | |
| | **Total Hrs Worked** | 24.5700 | | | | |
| | **Gross Earnings** | | | 417.63 | | 11912.81 |
| | Net pay reimburse | | | | | 222.32 |
| | **REIMB & OTHER PAYMENTS** | | | | | 222.32 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 25.89 | 738.59 |
| Medicare | | 6.06 | 172.74 |
| Fed Income Tax | SMS | 13.69 | 179.50 |
| PA Income Tax | | 12.82 | 365.72 |
| PA Unemploy | | 0.29 | 8.34 |
| PA CRNBY-But In | | 4.18 | 119.14 |
| PA LCRAB-But LS | | 1.00 | 40.00 |
| **TOTAL** | | 63.93 | 1624.03 |

### NET PAY

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 353.70 | 10511.10 |

0046 1401-4213  Renaissance Day Spa Inc • 101 Smith Drive • CRANBERRY TOWNSHIP PA 16066 • (724) 772-6245

RENAISSANCE DAY SPA INC.
101 Smith Drive
CRANBERRY TOWNSHIP PA 16066

FE Id: 26

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA 15010

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

**PERSONAL AND CHECK INFORMATION**
Diane R Mitchell
134 Schnauzer Lane
Beaver Falls, PA  15010
**Employee ID: 26**

**Pay Period:** 09/29/24 **to** 10/05/24
**Check Date:** 10/12/24    **Check #:** 6591

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 25.00 | 1025.00 |
| Chkg 090 | 266.21 | 5239.74 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **291.21** | **10802.31** |

**EARNINGS**

| DESCRIPTION | BASIS OF PAY | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| Regular | | | | | 13.9700 | 237.49 |
| Regular | M19.8700 | | | 337.73 | M707.2500 | 12013.05 |
| **Total Hours** | | 19.8700 | | | 721.2200 | |
| **Total Hrs Worked** | | 19.8700 | | | | |
| **Gross Earnings** | | | | 337.73 | | 12250.54 |
| Net pay reimburse | | | | | | 222.32 |
| **REIMB & OTHER PAYMENTS** | | | | | | 222.32 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 20.94 | 759.53 |
| Medicare | | 4.89 | 177.63 |
| Fed Income Tax | SMS | 5.70 | 185.20 |
| PA Income Tax | | 10.37 | 376.09 |
| PA Unemploy | | 0.24 | 8.58 |
| PA CRNBY-But In | | 3.38 | 122.52 |
| PA LCRAB-But LS | | 1.00 | 41.00 |
| **TOTAL** | | 46.52 | 1670.55 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **291.21** | **10802.31** |

RENAISSANCE DAY SPA INC
101 Smith Drive
CRANBERRY TOWNSHIP PA  16066

Payrolls by Paychex, Inc.

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA  15010

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Diane R Mitchell
134 Schnauzer Lane
BeaverFalls, PA  15010
**Employee ID: 26**

**Pay Period: 10/06/24 to 10/12/24**
**Check Date:** 10/19/24   **Check #:** 6600

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 25.00 | 1050.00 |
| Chkg 090 | 322.50 | 5562.24 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **347.50** | **11149.81** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 13.9700 | 237.49 |
| | Regular | M24.1000 | | 409.70 | M731.3500 | 12422.75 |
| | **Total Hours** | 24.1000 | | | 745.3200 | |
| | **Total Hrs Worked** | 24.1000 | | | | |
| | **Gross Earnings** | | | 409.70 | | 12660.24 |
| | Net pay reimburse | | | | | 222.32 |
| | **REIMB & OTHER PAYMENTS** | | | | | 222.32 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 25.40 | 784.93 |
| Medicare | | 5.94 | 183.57 |
| Fed Income Tax | SMS | 12.89 | 198.09 |
| PA Income Tax | | 12.58 | 388.67 |
| PA Unemploy | | 0.29 | 8.87 |
| PA CRNBY-But In | | 4.10 | 126.62 |
| PA LCRAB-But LS | | 1.00 | 42.00 |
| **TOTAL** | | 62.20 | 1732.75 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **347.50** | **11149.81** |

Payrolls by Paychex, Inc.
0046 1401-4213  Renaissance Day Spa Inc • 101 Smith Drive • CRANBERRY TOWNSHIP PA  16066 • (724) 772-6245

RENAISSANCE DAY SPA INC
101 Smith Drive
CRANBERRY TOWNSHIP PA  16066

EE ID: 26

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA  15010

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Diane R Mitchell
134 Schnauzer Lane
Beaver Falls, PA  15015
**Employee ID:** 26

**Pay Period:** 10/13/24 **to** 10/19/24
**Check Date:** 10/26/24   **Check #:** 6609

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 25.00 | 1075.00 |
| Chkg 090 | 218.93 | 5781.17 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **243.93** | **11393.74** |

### EARNINGS

| DESCRIPTION | BASIS OF PAY | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| Regular | | | | | 13.9700 | 237.49 |
| Regular | M16.3300 | | | 277.67 | M747.6800 | 12700.42 |
| **Total Hours** | | 16.3300 | | | 761.6500 | |
| **Total Hrs Worked** | | 16.3300 | | | | |
| **Gross Earnings** | | | | 277.67 | | 12937.91 |
| Net pay reimburse | | | | | | 222.32 |
| **REIMB & OTHER PAYMENTS** | | | | | | 222.32 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 17.22 | 802.15 |
| Medicare | | 4.03 | 187.60 |
| Fed Income Tax | SMS | | 198.09 |
| PA Income Tax | | 8.52 | 397.19 |
| PA Unemploy | | 0.19 | 9.06 |
| PA CRNBY-But In | | 2.78 | 129.40 |
| PA LCRAB-But LS | | 1.00 | 43.00 |
| **TOTAL** | | 33.74 | 1766.49 |

### NET PAY

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 243.93 | 11393.74 |

RENAISSANCE DAY SPA INC
101 Smith Drive
CRANBERRY TOWNSHIP PA 16066

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA 15010

NON-NEGOTIABLE

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Diane R Mitchell
134 Schnauzer Lane
Beaver Falls, PA  15010
**Employee ID:** 26

**Pay Period:** 10/20/24 **to** 10/26/24
**Check Date:** 11/02/24   **Check #:** 6620

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 25.00 | 1100.00 |
| Chkg 090 | 239.18 | 6020.35 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **264.18** | **11657.92** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 13.9700 | 237.49 |
| | Regular | M17.8300 | | 303.17 | M765.5100 | 13003.59 |
| | **Total Hours** | 17.8300 | | | 779.4800 | |
| | **Total Hrs Worked** | 17.8300 | | | | |
| | **Gross Earnings** | | | 303.17 | | 13241.08 |
| | Net pay reimburse | | | | | 222.32 |
| | **REIMB & OTHER PAYMENTS** | | | | | 222.32 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 18.80 | 820.95 |
| Medicare | | 4.40 | 192.00 |
| Fed Income Tax | SMS | 2.24 | 200.33 |
| PA Income Tax | | 9.31 | 406.50 |
| PA Unemploy | | 0.21 | 9.27 |
| PA CRNBY-But In | | 3.03 | 132.43 |
| PA LCRAB-But LS | | 1.00 | 44.00 |
| **TOTAL** | | 38.99 | 1805.48 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **264.18** | **11657.92** |

RENAISSANCE DAY SPA 002
101 Smith Drive
CRANBERRY TOWNSHIP PA 16066

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA 15010

NON-NEGOTIABLE

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Diane R Mitchell
134 Schnauzer Lane
Beaver Falls, PA 15010
**Employee ID:** 26

**Pay Period:** 10/27/24 **to** 11/02/24
**Check Date:** 11/09/24  **Check #:** 6632

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 25.00 | 1125.00 |
| Chkg 090 | 223.02 | 6243.37 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **248.02** | **11905.94** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 13.9700 | 237.49 |
| | Regular | M16.6200 | | 282.48 | M782.1300 | 13286.07 |
| | **Total Hours** | 16.6200 | | | 796.1000 | |
| | **Total Hrs Worked** | 16.6200 | | | | |
| | **Gross Earnings** | | | 282.48 | | 13523.56 |
| | Net pay reimburse | | | | | 222.32 |
| | **REIMB & OTHER PAYMENTS** | | | | | 222.32 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 17.51 | 838.46 |
| Medicare | | 4.09 | 196.09 |
| Fed Income Tax | SMS | 0.17 | 200.50 |
| PA Income Tax | | 8.67 | 415.17 |
| PA Unemploy | | 0.20 | 9.47 |
| PA CRNBY-But In | | 2.82 | 135.25 |
| PA LCRAB-But LS | | 1.00 | 45.00 |
| **TOTAL** | | 34.46 | 1839.94 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **248.02** | **11905.94** |

RENAISSANCE DAY SPA INC
101 Smith Drive
CRANBERRY TOWNSHIP PA 16066

EE ID: 26

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA 15010

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

## PERSONAL AND CHECK INFORMATION

Diane R Mitchell
134 Schnauzer Lane
Beaver Falls, PA  15010
**Employee ID: 26**

**Pay Period:** 11/03/24 to 11/09/24
**Check Date:** 11/16/24   **Check #:** 6644

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 25.00 | 1150.00 |
| Chkg 090 | 145.69 | 6389.06 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **170.69** | **12076.63** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 13.9700 | 237.49 |
| M11.4500 | Regular | | | 194.65 | M793.5800 | 13480.72 |
| | **Total Hours** | 11.4500 | | | 807.5500 | |
| | **Total Hrs Worked** | 11.4500 | | | | |
| | **Gross Earnings** | | | 194.65 | | 13718.21 |
| | Net pay reimburse | | | | | 222.32 |
| | **REIMB & OTHER PAYMENTS** | | | | | 222.32 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 12.07 | 850.53 |
| Medicare | | 2.82 | 198.91 |
| Fed Income Tax | SMS | | 200.50 |
| PA Income Tax | | 5.98 | 421.15 |
| PA Unemploy | | 0.14 | 9.61 |
| PA CRNBY-But In | | 1.95 | 137.20 |
| PA LCRAB-But LS | | 1.00 | 46.00 |
| **TOTAL** | | 23.96 | 1863.90 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **170.69** | **12076.63** |

RENAISSANCE DAY SPA INC
101 Smith Drive
CRANBERRY TOWNSHIP PA 16066

FE ID: 26

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA 15010

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

## PERSONAL AND CHECK INFORMATION

Diane R Mitchell
134 Schnauzer Lane
Beaver Falls, PA  15010
**Employee ID:** 26

**Pay Period:** 11/10/24 to 11/16/24
**Check Date:** 11/23/24    **Check #:** 6656

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 218.18 | 1368.18 |
| Chkg 090 | 25.00 | 6414.06 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **243.18** | **12319.81** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | 13.9700 | | | 237.49 |
| M16.2800 | Regular | | | 276.82 | M809.8600 | 13757.54 |
| | **Total Hours** | 16.2800 | | | 823.8300 | |
| | **Total Hrs Worked** | 16.2800 | | | | |
| | **Gross Earnings** | | | 276.82 | | 13995.03 |
| | Net pay reimburse | | | | | 222.32 |
| | **REIMB & OTHER PAYMENTS** | | | | | 222.32 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 17.16 | 867.69 |
| Medicare | | 4.02 | 202.93 |
| Fed Income Tax | SMS | | 200.50 |
| PA Income Tax | | 8.50 | 429.65 |
| PA Unemploy | | 0.19 | 9.80 |
| PA CRNBY-But In | | 2.77 | 139.97 |
| PA LCRAB-But LS | | 1.00 | 47.00 |
| **TOTAL** | | 33.64 | 1897.54 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 243.18 | 12319.81 |

RENAISSANCE DAY SPA INC
101 Smith Drive
CRANBERRY TOWNSHIP PA 16066
FEIN 09

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA 15010

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION
Diane R Mitchell
134 Schnauzer Lane
Beaver Falls, PA 15010
**Employee ID:** 26

**Pay Period:** 11/17/24 **to** 11/23/24
**Check Date:** 11/30/24    **Check #:** 6668

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 197.18 | 1565.36 |
| Chkg 090 | 25.00 | 6439.06 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **222.18** | **12541.99** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 13.9700 | 237.49 |
| | Regular | M14.8800 | | 253.02 | M824.7400 | 14010.56 |
| | **Total Hours** | 14.8800 | | | 838.7100 | |
| | **Total Hrs Worked** | 14.8800 | | | | |
| | **Gross Earnings** | | | 253.02 | | 14248.05 |
| | Net pay reimburse | | | | | 222.32 |
| | **REIMB & OTHER PAYMENTS** | | | | | 222.32 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 15.69 | 883.38 |
| Medicare | | 3.67 | 206.60 |
| Fed Income Tax | SMS | | 200.50 |
| PA Income Tax | | 7.77 | 437.42 |
| PA Unemploy | | 0.18 | 9.98 |
| PA CRNBY-But In | | 2.53 | 142.50 |
| PA LCRAB-But LS | | 1.00 | 48.00 |
| **TOTAL** | | 30.84 | 1928.38 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **222.18** | **12541.99** |

RENAISSANCE DAY SPA INC
101 Smith Drive
CRANBERRY TOWNSHIP PA  16066

FE ID: 26

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA  15010

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Diane R Mitchell
134 Schnauzer Lane
Beaver Falls, PA  15010
**Employee ID:** 26

**Pay Period:** 11/24/24 **to** 11/30/24
**Check Date:** 12/07/24    **Check #:** 6678

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 375.03 | 1940.39 |
| Chkg 090 | 0.00 | 6439.06 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 892 | 25.00 | 25.00 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **400.03** | **12942.02** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 13.9700 | 237.49 |
| M28.0500 | Regular | | | 476.85 | M852.7900 | 14487.41 |
| | **Total Hours** | 28.0500 | | | 866.7600 | |
| | **Total Hrs Worked** | 28.0500 | | | | |
| | **Gross Earnings** | | | 476.85 | | 14724.90 |
| | Net pay reimburse | | | | | 222.32 |
| | **REIMB & OTHER PAYMENTS** | | | | | 222.32 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 29.56 | 912.94 |
| Medicare | | 6.91 | 213.51 |
| Fed Income Tax | SMS | 19.61 | 220.11 |
| PA Income Tax | | 14.64 | 452.06 |
| PA Unemploy | | 0.33 | 10.31 |
| PA CRNBY-But In | | 4.77 | 147.27 |
| PA LCRAB-But LS | | 1.00 | 49.00 |
| **TOTAL** | | 76.82 | 2005.20 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **400.03** | **12942.02** |

RENAISSANCE DAY SPA INC.
101 Smith Drive
CRANBERRY TOWNSHIP PA 16066

EE ID: 26

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA 15010

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Diane R Mitchell
134 Schnauzer Lane
Beaver Falls, PA 15010
**Employee ID: 26**

**Pay Period:** 12/01/24 **to** 12/07/24
**Check Date:** 12/14/24    **Check #:** 6688

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 215.43 | 2155.82 |
| Chkg 090 | 0.00 | 6439.06 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 892 | 25.00 | 50.00 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **240.43** | **13182.45** |

### EARNINGS

| | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | | | | 13.9700 | 237.49 |
| | | Regular | M16.1000 | | 273.70 | M868.8900 | 14761.11 |
| | | **Total Hours** | 16.1000 | | | 882.8600 | |
| | | **Total Hrs Worked** | 16.1000 | | | | |
| | | **Gross Earnings** | | | 273.70 | | 14998.60 |
| | | Net pay reimburse | | | | | 222.32 |
| | | **REIMB & OTHER PAYMENTS** | | | | | 222.32 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 16.97 | 929.91 |
| Medicare | | 3.97 | 217.48 |
| Fed Income Tax | SMS | | 220.11 |
| PA Income Tax | | 8.40 | 460.46 |
| PA Unemploy | | 0.19 | 10.50 |
| PA CRNBY-But In | | 2.74 | 150.01 |
| PA LCRAB-But LS | | 1.00 | 50.00 |
| **TOTAL** | | 33.27 | 2038.47 |

### NET PAY

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 240.43 | 13182.45 |

RENAISSANCE DAY SPA INC
101 Smith Drive
CRANBERRY TOWNSHIP PA 16066

Doc 19    140 Filed
55 ID: 26    D

NON-NEGOTIABLE

NON-NEGOTIABLE

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA 15010

## PERSONAL AND CHECK INFORMATION
Diane R Mitchell
134 Schnauzer Lane
Beaver Falls, PA  15010
**Employee ID: 26**

**Pay Period:** 12/08/24 to 12/14/24
**Check Date:** 12/21/24    **Check #:** 6698

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 397.38 | 2553.20 |
| Chkg 090 | 0.00 | 6439.06 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 892 | 25.00 | 75.00 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **422.38** | **13604.83** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 13.9700 | 237.49 |
| M29.7300 | Regular | | | 505.47 | M898.6200 | 15266.58 |
| | **Total Hours** | 29.7300 | | | 912.5900 | |
| | **Total Hrs Worked** | 29.7300 | | | | |
| | **Gross Earnings** | | | 505.47 | | 15504.07 |
| | Net pay reimburse | | | | | 222.32 |
| | **REIMB & OTHER PAYMENTS** | | | | | 222.32 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 31.34 | 961.25 |
| Medicare | | 7.33 | 224.81 |
| Fed Income Tax | SMS | 22.50 | 242.61 |
| PA Income Tax | | 15.52 | 475.98 |
| PA Unemploy | | 0.35 | 10.85 |
| PA CRNBY-But In | | 5.05 | 155.06 |
| PA LCRAB-But LS | | 1.00 | 51.00 |
| **TOTAL** | | 83.09 | 2121.56 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **422.38** | **13604.83** |

RENAISSANCE DAY SPA INC
101 Smith Drive
CRANBERRY TOWNSHIP PA 16066

FE ID: 26

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA 15010

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Diane R Mitchell
134 Schnauzer Lane
Beaver Falls, PA  15010
**Employee ID: 26**

**Pay Period:** 12/15/24 to 12/21/24
**Check Date:** 12/28/24    **Check #:** 6709

## NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 151.45 | 2704.65 |
| Chkg 090 | 0.00 | 6439.06 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 892 | 25.00 | 100.00 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **176.45** | **13781.28** |

## EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 13.9700 | 237.49 |
| | Regular | M11.8300 | | 201.17 | M910.4500 | 15467.75 |
| | **Total Hours** | 11.8300 | | | 924.4200 | |
| | **Total Hrs Worked** | 11.8300 | | | | |
| | **Gross Earnings** | | | 201.17 | | 15705.24 |
| | Net pay reimburse | | | | | 222.32 |
| | **REIMB & OTHER PAYMENTS** | | | | | 222.32 |

## WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 12.47 | 973.72 |
| Medicare | | 2.92 | 227.73 |
| Fed Income Tax | SMS | | 242.61 |
| PA Income Tax | | 6.18 | 482.16 |
| PA Unemploy | | 0.14 | 10.99 |
| PA CRNBY-But In | | 2.01 | 157.07 |
| PA LCRAB-But LS | | 1.00 | 52.00 |
| **TOTAL** | | 24.72 | 2146.28 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **176.45** | **13781.28** |

RENAISSANCE DAY SPA INC
101 Smith Drive
CRANBERRY TOWNSHIP PA 16066

140 F 1001
EE Id: 26
DB

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA 15010

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION
Diane R Mitchell
134 Schnauzer Lane
Beaver Falls, PA 15010
**Employee ID:** 26

**Pay Period:** 12/22/24 to 12/28/24
**Check Date:** 01/04/25    **Check #:** 6720

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 258.13 | 258.13 |
| Chkg 693 | 25.00 | 25.00 |
| **NET PAY** | **283.13** | **283.13** |

### EARNINGS

| DESCRIPTION | BASIS OF PAY | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| Regular | M19.2000 | | | 326.40 | M19.2000 | 326.40 |
| **Total Hours** | | 19.2000 | | | 19.2000 | |
| **Total Hrs Worked** | | 19.2000 | | | | |
| **Gross Earnings** | | | | 326.40 | | 326.40 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 20.24 | 20.24 |
| Medicare | | 4.73 | 4.73 |
| Fed Income Tax | SMS | 3.79 | 3.79 |
| PA Income Tax | | 10.02 | 10.02 |
| PA Unemploy | | 0.23 | 0.23 |
| PA CRNBY-But In | | 3.26 | 3.26 |
| PA LCRAB-But LS | | 1.00 | 1.00 |
| **TOTAL** | | 43.27 | 43.27 |

### NET PAY

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **283.13** | **283.13** |

RENAISSANCE DAY SPA INC.
101 Smith Drive
CRANBERRY TOWNSHIP PA 16066

140 #1010
EE ID: 26
DP

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA 15010

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION
Diane R Mitchell
134 Schnauzer Lane
Beaver Falls, PA 15010
**Employee ID:** 26

**Pay Period:** 08/11/24 **to** 08/17/24
**Check Date:** 08/24/24   **Check #:** 6523

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 25.00 | 850.00 |
| Chkg 090 | 234.29 | 4098.27 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **259.29** | **9485.84** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | 13.9700 | | | 237.49 |
| | Regular | 17.4700 | | 296.93 | 617.6900 | 10490.71 |
| | **Total Hours** | 17.4700 | | | 631.6600 | |
| | **Total Hrs Worked** | 17.4700 | | | | |
| | **Gross Earnings** | | | 296.93 | | 10728.20 |
| | Net pay reimburse | | | | | 222.32 |
| | **REIMB & OTHER PAYMENTS** | | | | | 222.32 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 18.41 | 665.15 |
| Medicare | | 4.31 | 155.56 |
| Fed Income Tax | SMS | 1.62 | 165.81 |
| PA Income Tax | | 9.12 | 329.35 |
| PA Unemploy | | 0.21 | 7.52 |
| PA CRNBY-But In | | 2.97 | 107.29 |
| PA LCRAB-But LS | | 1.00 | 34.00 |
| **TOTAL** | | 37.64 | 1464.68 |

### NET PAY

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **259.29** | **9485.84** |

DIANE R MITCHELL
134 SCHNAUZER LANE
BEAVER FALLS PA 15010

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Diane R Mitchell
134 Schnauzer Lane
Beaver Falls, PA 15010
**Employee ID:** 26

**Pay Period:** 08/18/24 to 08/24/24
**Check Date:** 08/31/24  **Check #:** 6533

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 277 | 25.00 | 875.00 |
| Chkg 090 | 190.69 | 4288.96 |
| Chkg 217 | 0.00 | 4315.25 |
| Chkg 409 | 0.00 | 222.32 |
| **NET PAY** | **215.69** | **9701.53** |

**EARNINGS**

| DESCRIPTION | BASIS OF PAY | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| Regular | | | | | 13.9700 | 237.49 |
| Regular | M14.4500 | | | 245.65 | M632.1400 | 10736.36 |
| **Total Hours** | | 14.4500 | | | 646.1100 | |
| **Total Hrs Worked** | | 14.4500 | | | | |
| **Gross Earnings** | | | | 245.65 | | 10973.85 |
| Net pay reimburse | | | | | | 222.32 |
| **REIMB & OTHER PAYMENTS** | | | | | | 222.32 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 15.23 | 680.38 |
| Medicare | | 3.56 | 159.12 |
| Fed Income Tax | SMS | | 165.81 |
| PA Income Tax | | 7.54 | 336.89 |
| PA Unemploy | | 0.17 | 7.69 |
| PA CRNBY-But In | | 2.46 | 109.75 |
| PA LCRAB-But LS | | 1.00 | 35.00 |
| **TOTAL** | | 29.96 | 1494.64 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 215.69 | 9701.53 |