## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Diane R. Mitchell | Bankruptcy Case No. 25-20042-GLT<br>Doc.<br>Chapter: 13 |
| Debtor(s) | |

### NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
### THE BEAVER COUNTY TAX CLAIM BUREAU, CREDITOR

To the Clerk, U. S. Bankruptcy Court:

Kindly enter the appearance of J. Philip Colavincenzo, Esquire, as counsel for the Beaver County Tax Claim Bureau, Creditor in the above-captioned action, and add my name to the mailing matrix to receive notices of all matters in this case.

Respectfully submitted,

/s/ J. Philip Colavincenzo

J. Philip Colavincenzo
255 College Avenue
Beaver, PA 15009
(724) 775-8550
PA I.D. 17270
jp.cola@verizon.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of February, 2025, a true and correct copy of the foregoing Notice of Appearance was served on the parties at the addresses specified by first class mail, postage prepaid:

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Debtor's counsel
Russell A. Burdelski
The Law Offices of Russell A. Burdelski
1020 Perry Highway
Pittsburgh, PA 15237-2109

Debtor
Diane R. Mitchell
134 Schnauzer Lane
Beaver Falls, PA 15010

/s/ J. Philip Colavincenzo

J. Philip Colavincenzo
255 College Avenue
Beaver, PA 15009
(724) 775-8550
PA I.D. 17270
jp.cola@verizon.net