Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 25−20042−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Diane R. Mitchell
   134 Schnauzer Lane
   Beaver Falls, PA 15010

Social Security No.:
   xxx−xx−1615

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Russell A. Burdelski<br>The Law Offices of Russell A. Burdelski<br>1020 Perry Highway<br>Pittsburgh, PA 15237−2109<br>Telephone number:  412−366−1511 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| May 19, 2025<br>09:00 AM<br>Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861 | May 19, 2025<br>09:00 AM<br><br>Same location as<br>Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 3/25/25

BY THE COURT

Gregory L Taddonio
Chief Bankruptcy Jud

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20042-GLT |
| Diane R. Mitchell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 25, 2025 | Form ID: rsc13 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane R. Mitchell, 134 Schnauzer Lane, Beaver Falls, PA 15010-8508 |
| cr | + | Beaver County Tax Claim Bureau, Beaver County Courthouse, 810 Third Street, Beaver, PA 15009-2100 |
| 16488596 | + | BEAVER CTY RE TAX, 810 3RD STREET, Beaver, PA 15009-2139 |
| 16488597 | + | BEAVER CTY RE TAX CLAIM BUREAU, 810 THIRD STREET, Beaver, PA 15009-2139 |
| 16488598 | + | BEAVER FALLS MUNICIPAL AUTHORITY, 1425 8TH AVENUE, Beaver Falls, PA 15010-4102 |
| 16488600 | + | CONTINENTAL FINANCE, C/O ACCOUNTS RECIEVABLE TECH, ONE WOODBRIDGE CENTER, STE 410, Woodbridge, NJ 07095-1318 |
| 16488607 | + | JESSICA LONDON, 2300 SE AVE, Indianapolis, IN 46201-4001 |
| 16488608 | + | JP MORGAN CHASE BANK, 1270 NORTHLAND DRIVE, STE 200, Saint Paul, MN 55120-1176 |
| 16488610 | | KICHOFF LENDING, PO BOX 40070, Empire, NV 89405 |
| 16488617 | + | PNC, PO BOX 747024, Pittsburgh, PA 15274-7024 |
| 16481409 | + | PNC, C/O JOSEPH GOLDBECK, ESQ, STE 5000, MELLON INDEP. CTR, 701 MARKET ST, Philadelphia, PA 19106-1538 |
| 16488619 | + | RIVERSIDE SCHOOL DISTRICT, 318 COUNTRY CLUB DRIVE, Ellwood City, PA 16117-4910 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 26 2025 00:14:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Mar 26 2025 00:13:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16488599 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2025 00:20:34 | CITI, PO BOX 183051, Columbus, OH 43218 |
| 16488601 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 26 2025 00:14:00 | CREDIT COLLECTION SVCS, TWO WELLS AVE, STE #1, Newton Center, MA 02459-3231 |
| 16488602 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 26 2025 00:20:40 | CREDIT ONE BANK, PO BOX 60500, City Of Industry, CA 91716-0500 |
| 16488603 | | Email/Text: mrdiscen@discover.com | Mar 26 2025 00:13:00 | DISCOVER CARD, PO BOX 15251, Wilmington, DE 19886 |
| 16484278 | | Email/Text: mrdiscen@discover.com | Mar 26 2025 00:13:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 16488604 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2025 00:20:41 | EXXON MOBILE, PO BOX 78072, Phoenix, AZ 85062-8072 |
| 16488605 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 26 2025 00:13:00 | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, Omaha, NE 68103 |
| 16483599 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 26 2025 00:13:00 | First National Bank of Omaha, 1620 Dodge Street, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 25, 2025 | Form ID: rsc13 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | | Stop Code 3113, Omaha, Nebraska 68197 |
| 16488606 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 26 2025 00:14:00 | IRS, SPECIAL PROCEDURES BRANCH, 1000 Liberty Ave, Room 727, Pittsburgh, PA 15222-4107 |
| 16488609 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 26 2025 00:20:26 | JPMC, P.O. Box 901076, Fort Worth, TX 76101-2076 |
| 16489348 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 26 2025 00:13:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16510193 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2025 00:20:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16488611 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 26 2025 00:14:00 | MIDLAND CREDIT MANAGEMENT INC., 8875 AERO DRIVE, SUITE 200, San Diego, CA 92123-2255 |
| 16488612 | | Email/Text: ml-ebn@missionlane.com | Mar 26 2025 00:13:00 | MISSION LANE, PO Box 23075, Columbus, GA 31902-3075 |
| 16509471 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 26 2025 00:14:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16488613 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 26 2025 00:14:00 | PA DEPARTMENT OF REVENUE, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 16481410 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 26 2025 00:13:00 | PNC, 3232 NEWARK DR, Miamisburg, OH 45342 |
| 16488616 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 26 2025 00:13:00 | PNC, PO BOX 1820, Dayton, OH 45401 |
| 16488618 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 26 2025 00:13:00 | PNC BANK, 3232 NEWARK DR, Miamisburg, OH 45342 |
| 16507565 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 26 2025 00:13:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 16481731 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 26 2025 00:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 16507447 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2025 00:20:25 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16488621 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Mar 26 2025 00:13:00 | US BANK, PO BOX 20005, Owensboro, KY 42304 |
| 16488620 | + | Email/Text: LCI@upstart.com | Mar 26 2025 00:13:00 | UPSTART/FINWISE, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 16500819 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 26 2025 00:14:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 16483428 | ^ | MEBN | Mar 26 2025 00:09:13 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 16512512 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 26 2025 00:20:34 | Verizon by American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

Case 25-20042-GLT    Doc 31    Filed 03/27/25    Entered 03/28/25 00:29:57    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 25, 2025 | Form ID: rsc13 | Total Noticed: 41 |

| | | |
|---|---|---|
| 16491075 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16488614 | *+ | PNC, C/O JOSEPH GOLDBECK, ESQ, STE 5000, MELLON INDEP. CTR, 701 MARKET ST, Philadelphia, PA 19106-1538 |
| 16488615 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC, 3232 NEWARK DR, Miamisburg, OH 45342 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2025 at the address(es) listed below:

**Name**     **Email Address**

Brent J. Lemon
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com, lemondropper75@hotmail.com

Brent J. Lemon
on behalf of Debtor Diane R. Mitchell blemon@kmllawgroup.com lemondropper75@hotmail.com

J. Philip Colavincenzo
on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@yahoo.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maribeth Thomas
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Russell A. Burdelski
on behalf of Debtor Diane R. Mitchell Russ@BurdelskiLaw.com russ.burdelski@gmail.com

TOTAL: 8